# ORDER TERMINATING TERM OF PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Docket Number: 2:01CR00345-01** |
| ) | |
| vs. ) | |
| ) | |
| **SANDRA HUMPHREY** ) | |
| ) | |

On June 14, 2005, the above-named was placed on a term of Probation for a period of 36 months. At the time of sentencing, the Court addressed the possibility of granting the defendant's request to terminate early from probation if all her financial obligations were fulfilled. On August 1, 2005, the defendant paid her restitution, $880, and special assessment, $25, in full. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

**Reviewed by:**   /s/Rafael G. Loya
    **RAFAEL G. LOYA**
    **Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the probationer be discharged from the term of probation, and that the proceedings in the case be terminated.
DATED: August 29, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/humphrey0345.order
kmm
Attachment: Recommendation
    cc:    Assistant United States Attorney

Rev. 12/2004
PROB35.MRG